COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF REINSTATMENT

Appellate case name:     Darla Lexington v. T. Gerald Treece, Individually and as
Independent Executor of the Estate of John M. O'Quinn,
Deceased, John M. O'Quinn & Associates, PLLC, Gibbs
& Bruns, LLP, Needmore River Ranch, LLC, Greg
LaMantia and Joseph V. LaMantia, III, SCI Texas
Funeral Services, Inc. d/b/a Geo. H. Lewis & Sons
Funeral Directors, John M. O'Quinn Foundation, and
Robert C. Wilson, III.

Appellate case number:   01-17-00228-CV

Trial court case number:   392247-419

Trial court:             Probate Court No. 2 of Harris County

Pursuant to our September 26, 2019 abatement order, on November 27, 2019, the trial court clerk filed a supplemental clerk's record, which states that the parties and the trial court have complied with the procedures to seal court records pursuant to Rule 76a. *See* TEX. R. APP. P. 76a. On December 9, 2019, the trial court clerk filed two volumes of a clerk's record, one volume of a sealed clerk's record, and four volumes of a supplemental clerk's record. On December 11, 2019, the court reporter filed five volumes of a supplemental reporters record and two volumes of a sealed supplemental reporter's record. The appellate record now appears to be complete, and it appears to segregate between sealed and unsealed documents. Accordingly, we **REINSTATE** this case on the Court's active docket.

Appellant's brief is **ORDERED** to be filed no later than 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(a).

Appellee's brief, if any, is **ORDERED** to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.


Judge's signature:        _____/s/ Sherry Radack_____

                                        ☒ Acting individually ☐ Acting for the Court


Date:   ___March 31, 2020_____